IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Laurel Hilbert, | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:25-cv-01396 |
| | ) | |
| v. | ) | |
| | ) | |
| Graham Holdings Company, et al., | ) | District Judge Emmet G. Sullivan |
| | ) | |
| *Defendant* | ) | |
| | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Laurel Hilbert, through undersigned counsel, hereby notifies the Court that he is dismissing this action with prejudice.  Each side shall bear its own costs.

Respectfully submitted this 12th day of September, 2025.

**ERIC SIEGEL LAW, PLLC**

 /s/ Eric L. Siegel
Eric L. Siegel (Bar No. 427350)
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(771) 220-6116 (Office)
(202) 223-6625 (Facsimile)
esiegel@ericsiegellaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2025, a true and correct copy of the foregoing was filed and served via electronic mail on the following:

Stephanie Schuster (stephanie.schuster@morganlewis.com)
Moshe Y. Klein (moshe.klein@morganlewis.com)

  /s/ Eric L. Siegel
Eric L. Siegel